# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0320
LT Case No. 16-2010-CF-14162-A

_____

CHRISTOPHER J. MOSLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Christopher J. Mosley, Raiford, pro se.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

July 23, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————